Provided to Suwannee Correctional Institution on:

MAY 2 2 2023

for mailing, by: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

# CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

David J. Kaiser ,

Inmate ID Number: 102094 ,

*(Write your full name and inmate ID number.)*

v.

Ricky Dixon, Sec. Fla. Dept. Corr.

_____ ,

_____ ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____ /

Case No.: 4:23cv225-WS-MAF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☐ YES  ☒ NO

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: David J. Kaiser     ID Number: 102094

List all other names by which you have been known: Avi Kaiser

Current Institution: Suwannee C.I. Annex

Address: 5965 U.S. Hwy 90

Live Oak, FL 32061

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Ricky Dixon

   Official Position: Sec. Fla. Dept. of Corrections

   Employed at: Florida Department of Corrections

   Mailing Address: 501 S. Calhoun St.

   Tallahassee, FL 32399

   ☐ Sued in Individual Capacity     ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____
   _____

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____
   _____

   ☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee              ☐ Civilly Committed Detainee

☒ Convicted State Prisoner       ☐ Convicted Federal Prisoner

☐ Immigration Detainee           ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

## STATEMENT OF FACTS

1) The Standard for diagnosing gender dysphoria Nationally requires that for the previous (6) Six months one have 1) a marked incongruence between the experienced/expressed gender and their primary or secondary sex Characteristics; 2) that they have a strong desire to be rid of their primary or secondary sex Characteristics because of a marked incongruence with their expressed/experienced gender; 3) that they have a strong desire for the primary and or secondary Sex Characteristics of the other gender; and 4) that they have a strong desire to be treated as the other gender. 5) dysphoria or anxiety over body or gender.

2) In prior federal litigation (Keohane) FDOC has Stipulated, and agreed that there are only three criteria one must have for the previous (6) Six months to be entitled to a diagnosis of GD. 1) experience a significant incongruity between their assigned sex and experienced gender 2) disgust or repulsion of one's genitals, desire to be rid of their genitals OR (disjunctive) desire to have treatment to approximate the other gender; and 3) feel dysphoria OR anxiety about their bodies and gender identity. Case No. 4:16CV511 MW/CAS

3) MS. Keohane who met this Standard is in the GD program at Wakulla Annex along with many other people who only had to meet this Standard.

4) I began the process of a gender dysphoria (GD) review sometime in July of 2022, I had my evaluation in January of 2023. At the time of my evaluation as documented by MS. Summers LMHC, and MS. Tavares LMHC I had Suffered anxiety and depression due to my incongruity between my sex and my Gender for more than (6) Six months. I Identified as a female and I requested Hormones and antigens to approximate the female gender.

5

5) The Department has failed to advise their staff or even the members of their Gender Dysphoria Review Team (GDRT) that they have agreed to this simple standard to be applied to all inmates. They currently have staff from multiple institutions and regions who do not know or communicate with each other. They have received different training from different schools and apply different standards to the inmates they evaluate. Some take inmates statements at face value, some verify information, while others refuse to verify information and disbelieve the inmate.

6) When asked about my gender developement, I explained that I always thought of myself as a girl. In an attempt to explain why I am a girl I provided the following history and information.

7) I was conceived as a fraturnal twin but birthed as a single. I believe I absorbed my sister in the womb and was living life for the both of us. At about age 7 I was involved in a long term sexual relationship with an older man across the street. My friend Andrea's uncle. I grew up playing only with girls and playing their games. As a child I shared a room with two of my four older sisters. My four sisters, mother and I grew up in a 3 bedroom house with 1 bathroom.

8) In 1975 when my father retired from the Navy he realized that I was not the son he thought he had. He took me to Doctor's, Counselors and other professionals to try to correct my gender or homosexual issues. He phyically and mentally abused me in an attempt to change my gender. He subjected me to religious indoctrination, all in attempts to change who I am.

6

9) When asked about my earliest experience where I knew my gender and sex did not match I explained that in fifth grade my father made me play basketball on a YMCA team my brother-in-law coached. I ran away from practice crying because I would not take off my shirt around boys.

10) I explained that I was sexually abused by staff at Arthur G. Dozier School for boys in the 1980's.

11) I always thought of myself as a girl, and really wanted to be one, but that is gender identity. I truly started hating my body after I came to prison. My sex betrayed me. I hate the drives that it has. I hate its physical manifestation I want to be rid of it or marginalize it. I do not use it and I do not want it working.

12) My mother and father dying was like the last restraint I had. My sisters accept me as a girl. They exclusively use my girl name. Whether it is because my mother and father never accepted me and continued to exert parental control or because of a sense of mortality I do not know. All I knew is I cannot live in this body as it is and I absolutely will not die in it as it is. Failure to transition is not an option.

13) My name is Avi. If you cut the D off of DAviD you will have Avi. My very name is a metaphor for sexual reassignment surgery (SRS). My sister refers to me as her sister. My family knows that I am a girl and want to transition and they support me. I offerred family contact to verify my gender identity, anxiety and desire to transition both now and historically, this offer was declined. I offerred

6a

U.S. Navy treatment records from my Juvenile treatment to verify my gender issues historically, this offer was declined.

14) As accomodations I requested cell housing, hormones, antigens, female clothing, female grooming and female canteen. I also requested body hair removal or an accomodation to remove body hair such as trimmers. When asked if I wanted bottom surgery, I told her that I had read all of the civil law suits and that FDOC does not offer bottom surgery under any circumstances. I told her I would do that when I got out by moving to California or New York.

15) I meet and exceed all of the standards for a diagnosis and treatment of my GD. I meet and exceed the standards that other inmates who now have a diagnosis were required to meet. Approximately 1/3 of the inmates in the program do not meet any of the standards. They stand up to pee, wear male clothes, use male names and pronouns. They do not take hormones, antigens and do not participate in group or individual conseling. They do not now and never had GD.

16) I am hard of hearing and the internet connection kept freezing and dropping. I could not follow the interview and the interuptions made it hard to express myself.

17) Ms. Summers told me FDOC fears this diagnosis and do whatever they could to prevent a full diagnosis especially since I filed so many grievances.

6b

18) I grieved the housing of transgenders in open bay dorms where more then 3/4 of the dorm are men and we are not afforded privacy to shower, shave, and do other hygein associated with being transgender.

19) I complained about the antigen that they prescribe. It is contraindicated for people with a normal or high potassium because it is known to raise the potassium level to a point where the heart will stop.

20) My diagnosis is supposed to be about how I view and feel about my body now, and for the previous (6) six months. This is the standard applied to other particepents. I am a girl. I hate my body and I want to change it. I experience anxiety and depression as documented by MH and evidenced by my blood pressure. I have GD and am entitled to a diagnosis.

21) I am being held to a higher standard. I am being denied a diagnosis because I have trust issues, and authority issues. I am being denied a diagnosis because I am hearing impaired and could not understand the computer interview. I am being denied equal protection under the law and I was not provided reasonable accomodations for my hearing impairment at my computer interview.

22) The Defendant is being deliberately indifferent to my serious medical condition by refusing to give me a diagnosis and treatment for my GD and has failed to inform his evaluaters of the correct standard that he has agreed to and ensure it is uniformally applied to all inmates.

6c

23) The Defendant is punishing me for exercising my first amendment right to petition the government for redress of the Constitutional violations by housing transgenders as they are doing in open bay dorms.

24) The taking of antigens and hormones will prevent you from achieving an erection or orgasm. It will cause your male parts to shrink to about 1/3 their size. It will slow down hair growth on the body and cause the brain to function differently and it will cause the growth of breast tissue. One who request this treatment demonstrates by their **actions** that they suffer an incongruity between their sex and gender, that they desire to have treatment to approximate the other gender and that they have anxiety about their body and gender. Further, I am currently under treatment and have been for anxiety and depression. There is no material fact in dispute that I meet the criteria for a GD diagnosis.

25) These events occurred at Wakulla Annex in Wakulla County, Florida.

26) I am now suffering decompensation after being denied and no longer being able to express my inner gender as I was able by wearing female clothes and make-up.

27) This claim has nothing to do with accomodations. It is only about the diagnosis.

28) The report written by Dr. Joshi fails to inform the GDRT that I requested hormones.

Gd

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

8th Cruel and Unusual Punishment — 1-28

14th Amendment Equal Protection — 1-28

1st Amendment Petition for redress — 1-28

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Injunctive Relief requiring 1) Plaintiff be re-evaluated for GD, or 2) Plaintiff receive a diagnosis of GD and the GDRT determine appropriate accomodations including cell housing, or 3) Plaintiff have an outside psychologist evaluate her.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES   ☒ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #: _____

   Court: _____

   Reason: _____

2. Date:_____ Case #: _____

   Court: _____

   Reason: _____

3. Date:_____ Case #: _____

   Court: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☒ NO

If "Yes," identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date *(if not pending)*: _____

   Reason: _____

2. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☒ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 3:07cv229   Parties: Kaiser v. Shipman

   Court: N.D. Fla.   Judge: L.M. Colier

   Date Filed: _____ Dismissal Date (*if not pending*): 9/9/2009

   Reason: Judgment for Defendant

2. Case #: 03-15663   Parties: Kaiser v. Crosby

   Court: ND Fla / 11th Cir   Judge: _____

   Date Filed: ?   Dismissal Date (*if not pending*): Sept. 15, 2004  *11th cir opinion*

   Reason: 120 F Appx 785 Summary Judgment for Plaintiff.

3. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

   **(*Attach additional pages as necessary to list all cases.*)**

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 5/22/23 Plaintiff's Signature: _____

Printed Name of Plaintiff: David J. Kaiser

Correctional Institution: Suwannee C.I. Annex

Address: 5965 U.S. Hwy 90

Live Oak, FL 32061

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 22 day of MAY, 20 23

Signature of Incarcerated Plaintiff: _____

David Kaiser 102094
Suwannee Correctional Institution Annex
5965 U.S. Hwy 90
Live Oak, FL 32061

Mailed From State Correctional Institution Suwanee C.I.

MAY 24 2023

Clerk of the United States
111 N. Adams St.
Tallahassee, FL 32301-7730

32301877300 0001